# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re GLOBAL MOLECULAR LABS, LLC | § § § | |
| Debtor, | § § | |
| JAMES W. CUNNINGHAM, as Chapter 7 Trustee, | § § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION NO. 3:19-CV-3067-B |
| v. | § § | (Bankr. Case No. 17-34618-HDH-7) (Adv. No. 19-03144-HDH) |
| AETNA HEALTH, INC. and AETNA MEDICAID ADMINISTRATORS, LLC, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the Report and Recommendation to District Court Regarding Motion to Withdraw the Reference (Doc. 2-1), entered on February 4, 2020, by United States Bankruptcy Judge Harlin DeWayne Hale, recommending that the Court grant the Motion to Withdraw the Reference (Doc. 1-1). No objections to the Report and Recommendation were filed.

Having reviewed the Report and Recommendation, the Motion to Withdraw the Reference, and the pleadings and record, the Court hereby **ACCEPTS** the bankruptcy court's Report and Recommendation, insofar as it recommends that the Court grant the Motion to Withdraw. Thus, the Court **GRANTS** the Motion (Doc. 1-1) and **WITHDRAWS** the reference to the bankruptcy court.

Additionally, the Court recognizes that the bankruptcy court identified several other

adversary proceedings—also brought by Plaintiff here—and suggested that if the reference is withdrawn in this case, "it may make sense to also withdraw the reference for the other similar actions as well." Doc. 2-1, Report and Recommendation, ¶ 9. After reviewing the dockets and filings in those proceedings, the Court concludes that it will not withdraw the references in the related actions at this time. The Court will continue to monitor the related actions, and might alter its decision based on developments in those proceedings. Also at this time, the Court **REFERS** all pretrial matters in this adversary proceeding to Judge Hale, as he is more familiar with the facts of the underlying bankruptcy case and with the related proceedings. Judge Hale shall certify to this Court when this case is ready for trial. Finally, the Court **ORDERS** the parties to notify the Court if at any time they settle this matter before the bankruptcy court's certification.

SO ORDERED.

SIGNED: March 27, 2020.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE